Ex parte Negrón, Petitioner.

## Petition for Examination on Penal Law for Admission to the Bar.

No. 15.—Decided February 26, 1915.

Attorneys.—Examination for 'Admission to Bar.—Section 3 of the Act to regulate the practice of law in Porto Rico, of March 8, 1906, as amended by Act No. 51 of March 9, 1911, provides that only those who have obtained

a general average of 75 per cent in each course shall be passed, therefore the fact that a candidate obtained an average of 75 per cent in some of the subjects will not exempt him from another examination thereon.

The facts are stated in the decision.

The petitioner appeared *pro se*.

BY THE COURT.

WHEREAS, On February 18, 1915, Fabriciano Negrón filed a petition regarding examination for admission to the bar, alleging that in the examinations held in the month of November, 1914, he obtained an average of 75 per cent in each of the following subjects of the first course, namely, Natural Law, Civil Law, Medical Jurisprudence, Insular and Federal Political Law and Notarial Law, and an average of 60 per cent in Penal Law;

WHEREAS, He requests in his said petition that, having obtained such averages in the said subjects, he be admitted to an examination in Penal Law only in the examinations to be held in the month of March next, or, if not, in the examinations of November of the present year, in order to complete the first course;

WHEREAS, Section 3 of the Act to regulate the practice of law in Porto Rico of March 8, 1906, as amended by Act No. 51 of March 9, 1911, provides that no person shall be passed unless he shall have obtained a general average of 75 per cent in each course, and as the petitioner failed to pass the first course and was approved in none of the subjects composing the same, for the approval or rejection applies to the courses and not to the subjects;

THEREFORE, The petition of Fabriciano Negrón Rodríguez is

*Denied.*